IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROBERTO DE HOYOS,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>JOHN E. POTTER,<br><br>　　　　Defendant. | CIVIL NO. 05-1714 (JP) |

### JUDGMENT

　　The parties have informed the Court that they have settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT** for the Plaintiff Roberto de Hoyos to have and recover from the Defendant the total amount of **TWENTY-FIVE THOUSAND DOLLARS ($25,000.00)**.  The parties further stipulate that Plaintiff shall be placed in the Postage Due Clerk or MOSC position, so long as those positions remain available and do not interfere with the Plaintiff's medical restrictions.  The Plaintiff further agrees to provide the Defendant with updated medical documentation pertaining to his disability, which shall be sent to Attorney Maureen O'Briody.  The parties stipulate that this settlement resolves any and all claims pending in the EEO complaints filed by the Plaintiff.
　　**IT IS SO ORDERED.**
　　In San Juan, Puerto Rico, this 14th day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　s/Jaime Pieras, Jr.
　　　　　　　　　　　　　　　　　　　　　JAIME PIERAS, JR.
　　　　　　　　　　　　　　　　　　　　　U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

s/Elaine Rodríguez-Frank　　　　　　　　s/Lisa Bhatia-Gautier
_____　　　_____
ELAINE RODRIGUEZ FRANK, ESQ.　　　LISA BHATIA-GAUTIER, ESQ.
Attorney for Plaintiff　　　　　　　　Attorney for Defendant

s/Roberto de Hoyos
_____
ROBERTO DE HOYOS
Plaintiff